FIRST STATE BANK OF WEIMAR, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 12657, 16011.   Promulgated January 30, 1928.

*Charles F. Byers, Esq.*, for the petitioner.

*Harold Allen, Esq.*, for the respondent.

*Claude Pollard, Esq.*, Attorney General, *Charles W. Trueheart, Esq.*, Assistant Attorney General, and *R. B. Cousins, Jr., Esq.*, Assistant Attorney General, of the State of Texas, as *amici curiae*.

OPINION.

Love: The petitioner's contention in respect of the issue presented in these proceedings has been considered and sustained by the Board in *First State Bank of Brackettville,* 9 B. T. A. 975. The amounts paid into the Fund during the year in question as a result of either or both annual and/or special assessments are properly deductible from gross income for the year in which paid.

> *Judgment will be entered on 15 days' notice, under Rule 50.*